# LAW OFFICE OF MOHAMMED GANGAT

**(718) 669-0714 ✦ 675 3rd Ave, Ste 1810, NY, NY 10017 ✦ mgangat@gangatpllc.com**

May 9, 2019

<u>*VIA ECF*</u>
Hon. Peggy Kuo, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   RE: <u>*Rivera et al. v. Lavecchia Surface Preparation Corp. No. 18-4703-AMD-PK*</u>

To the Honorable Judge Kuo:

 I represent Plaintiffs Richard Rivera and Richard Rivera, Jr. ("Plaintiffs") in the above referenced matter. I write pursuant to the Court's Order dated May 3, 2019, which required that the parties sign and file the Settlement Agreement by May 10, 2019. Attached hereto as Exhibit A is a fully executed Settlement Agreement.

 We thank you for your attention and assistance in this matter.

               Respectfully Submitted,

               */s/ Mohammed Gangat*
               Mohammed Gangat