_____
RICHARD RIVERA


_____
RICHARD RIVERA, JR.


LAVECCHIA SURFACE PREPARATION CORP.

By: _[signature]_____

Date: __5·7·19_____